DONALD B. POTTER, OSB # 843259
donbpotter@aol.com
SPAULDING & POTTER LLP
621 S.W. Morrison Street, Suite 140
Portland, Oregon 97205-3804
Telephone: (503) 223-2612
Facsimile: (503) 222-5779

FILED 17 NOV '11 14:14 USDC-ORP

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMANDA WILSON, fka AMANDA MUNDY,<br><br>    Plaintiffs,<br><br>v.<br><br>SANDOVAL'S FRESH MEXICAN GRILL, INC., an Oregon corporation; and DANIEL SANDOVAL,<br><br>    Defendants. | No. CV '11 - 1392 - ST<br><br>COMPLAINT<br><br>(Sexual Harassment; Assault; Battery; Intentional Infliction of Emotional Distress)<br><br>DEMAND FOR JURY TRIAL |

Plaintiffs allege:

I

JURISDICTION AND VENUE

1

Plaintiffs bring this action for unlawful sexual harassment under ORS 659A.030. This Court has jurisdiction of this action pursuant to 28 USC § 1331 because Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

Page - 1 - COMPLAINT

# 43957

2

All of the alleged acts occurred in the District of Oregon.

II

PARTIES

3

Plaintiff Amanda Wilson, formerly know as Amanda Mundy, is and was at all material times a citizen of Washington.

4

Defendant Sandoval's Fresh Mexican Grill, Inc. (hereafter "Sandoval's") is and was at all material times an Oregon corporation operating restaurants in Oregon. On information and belief, Defendant Daniel Sandoval was at all material times a citizen of Oregon, was President of of, and employed by, Sandoval's and acted within the course and scope of his employment.

III

STATEMENT OF CLAIMS

First Claim for Relief

(Sexual Harassment - Hostile Working Environment - ORS 659A.030 - Defendants)

5.

Plaintiff is a female and worked for Sandoval's at its restaurant located at the Portland International Airport in Multnomah County, Oregon from in or about June 2008 until on or about July 10, 2010.

6.

Defendant Daniel Sandoval at all material times was Plaintiff's ultimate supervisor while she was employed by Sandoval's.

7.

Throughout the time that Plaintiff worked for Defendant Sandoval's, Defendant Sandoval's committed, and Defendant Daniel Sandoval aided and abetted in the commission of,

Page - 2 - COMPLAINT

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612

an unlawful employment practice against her under ORS 659A.030 by Defendant Daniel Sandoval engaging in various forms of escalating, unwanted and offensive sexual harassment of Plaintiff, including but not limited to:

   a. constantly making comments of a sexual nature about her body;

   b. implying that she should engage in a sexual relationship with him;

   c. continually hugging his body against the front, back and sides of her body;

   d. regularly grabbing her low around her waist when he spoke to her;

   e. moving his body and face extremely, uncomfortably and unnecessarily close to Plaintiff's body and face;

   f. blowing his breath on Plaintiff's neck;

   g. taking a picture of Plaintiff's buttocks on his cellular telephone and saying he was gong to send the picture to a friend;

   h. grabbing her and trying to kiss her on her lips and instead, when she moved her face to avoid him doing so, kissing her on her cheek; and

   I. hitting her on her buttocks with his hand.

8.

As a result of Defendants' sexual harassment of her, Plaintiff suffered, and Defendants are jointly and severally liable to her for, emotional distress, anguish, embarrassment and anxiety, all to her non-economic damage in an amount to be proven at trial.

9.

By their conduct, Defendants intentionally created and intentionally maintained a sexually hostile working environment for Plaintiff. The sexually hostile working environment created and maintained by Defendants was so intolerable that a reasonable person in the Plaintiff's position would have resigned because of them. Defendants knew that Plaintiff was certain, or substantially certain, to resign her employment as a result of the sexually hostile working environment created and maintained by them. On or about July 10, 2010 Plaintiff resigned her

Page - 3 - COMPLAINT

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612

1 | employment with Defendants as a result of the sexually hostile working environment created and
2 | maintained by them and thereby was constructively discharged.

10.

As a result Defendants' constructive discharge of Plaintiff in violation of ORS 659A.030(1), Defendant Sandoval's is liable to Plaintiff for lost back pay, lost front pay, lost fringe benefits, prejudgment interest and postjudgment interest all to her economic damage in an amount to be proven at trial.

11.

Defendants' conduct was willful and wanton and Defendants are individually liable to Plaintiff for separate punitive damages in amounts to be proven at trial pursuant to ORS 659A.885(3)(a).

12.

Pursuant to ORS 20.107 and 659A.885(1), Plaintiff also is entitled to her reasonable attorney's fees, expert witness fees, costs, and disbursements.

13.

Plaintiff brings this action within 90 days of the Civil Rights Division of the Oregon Bureau of Labor and Industries (BOLI) issuing her a Notice of Right to File a Civil Suit.

Second Claim for Relief

(Assault - Defendant Daniel Sandoval)

14.

Plaintiff realleges paragraphs 1 through 7 and 9.

15.

By his conduct, Defendant Daniel Sandoval placed Plaintiff in imminent fear of offensive physical contact.

16.

As a result of Defendant Daniel Sandoval's conduct, Plaintiff suffered emotional

Page - 4 - COMPLAINT

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612

1  distress, anguish, embarrassment and anxiety, all to her non-economic damage in an amount to
2  be proven at trial.

3                                17.

4  As a further result of Defendant Daniel Sandoval's conduct, Plaintiff was constructively
5  discharged and Plaintiff suffered, and is entitled to recover damages from Defendant Daniel
6  Sandoval for lost past and future earnings and earning capacity all to her economic damage in an
7  amount to be proven at trial.

8                                18.

9  Defendant Daniel Sandoval's conduct was willful and wanton and Defendant Daniel
10  Sandoval should be assessed punitive damages in an amount to be proven at trial.

11                        Third Claim for Relief
12                   (Battery - Defendant Daniel Sandoval)
13                                19.

14  Plaintiff realleges paragraphs 1 through 7, 9 and 15.

15                                20.

16  Defendant Daniel Sandoval repeatedly engaged in offensive physical contact with
17  Plaintiff.

18                                21.

19  As a result of Defendant Daniel Sandoval's conduct, Plaintiff suffered emotional
20  distress, anguish, embarrassment and anxiety, all to her non-economic damage in an amount to
21  be proven at trial.

22                                22.

23  As a further result of Defendant Daniel Sandoval's conduct, Plaintiff was constructively
24  discharged and Plaintiff suffered, and is entitled to recover damages from Defendant Daniel
25  Sandoval for lost past and future earnings and earning capacity all to her economic damage in an
26  amount to be proven at trial.

Page - 5 - COMPLAINT

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612

23.

Defendant Daniel Sandoval's conduct was willful and wanton and Defendant Daniel Sandoval should be assessed punitive damages in an amount to be proven at trial.

### Fourth Claim for Relief

(Intentional Infliction of Emotional Distress - Defendants)

24.

Plaintiff realleges paragraphs 1 through 7, 9, 15 and 20.

25.

Defendant Daniel Sandoval acted volitionally with the knowledge that it was substantially certain that Plaintiff would suffer severe emotional distress as a result of his conduct.

26.

Plaintiff did suffer severe emotional distress as a result of Defendant Daniel Sandoval's conduct.

27.

Defendant Daniel Sandoval's conduct constituted an extraordinary transgression of the bounds of socially tolerable conduct.

28.

As a further result of Defendant Daniel Sandoval's conduct, Plaintiff was constructively discharged from her employment with Defendant Sandoval's on or about July 10, 2010 and Plaintiff suffered, and is entitled to recover damages from Defendants, jointly and severally, for lost past and future earnings and earning capacity all to her economic damage in an amount to be proven at trial.

29.

As a result of Defendant Daniel Sandoval's conduct, Plaintiff is entitled to recover non-economic damages from Defendants, jointly and severally, for emotional distress, anguish,

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612

1 | embarrassment and anxiety in an amount to be proven at trial.

30.

Defendant Daniel Sandoval's conduct was willful and wanton and Defendants should be assessed punitive damages in an amount to be proven at trial.

WHEREFORE, Plaintiff prays for the relief requested in each of her claims alleged above and for such other relief that the Court deems just and equitable and demands a jury trial.

DATED this 17TH day of November, 2011.

_____
DONALD B. POTTER, OSB #84325
Attorney for Plaintiff

Page - 7 - COMPLAINT

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612