DONALD B. POTTER, OSB # 843259
donbpotter@aol.com
SPAULDING & POTTER LLP
621 S.W. Morrison Street, Suite 140
Portland, Oregon 97205-3804
Telephone: (503) 223-2612
Facsimile: (503) 222-5779

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| AMANDA WILSON, fka AMANDA MUNDY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:11-CV-1392-ST<br><br>STIPULATED JUDGMENT OF DISMISSAL |
|---|---|---|
| Plaintiffs, | | |
| v. | | |
| SANDOVAL'S FRESH MEXICAN GRILL, INC., an Oregon corporation; and DANIEL SANDOVAL, | | |
| Defendants. | | |

BASED ON the stipulation below, and it appearing to the Court that this action has been fully compromised and settled, and the Court being fully apprised herein, now, therefore,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and hereby is dismissed with prejudice and without the award of costs or attorneys fees to any party.

DATED this ____ day of _____, 2012.

_____
Honorable Janice M. Stewart
United States District Magistrate Judge

Page - 1 - STIPULATED JUDGMENT OF DISMISSAL

IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their respective counsel, that the above-entitled action, having been fully compromised and settled, may be dismissed with prejudice and without the award of costs or attorneys fees to any party.

_April 16, 2012_
Date

_April 17, 2012_
Date

_[signature]_
Donald B. Potter, OSB #843259
Attorney for Plaintiff

_[signature]_
Christina Thacker, OSB # 014279
Of Attorneys for Defendants

Page - 2 - STIPULATED JUDGMENT OF DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2012, I served the foregoing STIPULATED JUDGMENT OF DISMISSAL on the following parties at the following addresses:

Donald B. Potter
Spaulding & Potter LLP
621 SW Morrison Street, Suite 140
Portland, OR 97205
Attorneys for Plaintiff

by the following indicated method or methods set forth below:

☒ **Electronic Filing using the Court's ECF System**

☐ **Facsimile**

☐ **First-class mail, postage prepaid**

☐ **Hand-delivery**

☐ **Overnight courier, delivery prepaid**

Andrew Schpak, OSB No. 044080 for
Christina Thacker

Page 3 – STIPULATED JUDGMENT OF DISMISSAL