DONALD B. POTTER, OSB # 843259
donbpotter@aol.com
SPAULDING & POTTER LLP
621 S.W. Morrison Street, Suite 140
Portland, Oregon 97205-3804
Telephone: (503) 223-2612
Facsimile: (503) 222-5779

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| AMANDA WILSON, fka AMANDA MUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOVAL'S FRESH MEXICAN GRILL, INC., an Oregon corporation; and DANIEL SANDOVAL,<br><br>Defendants. | No. 3:11-CV-1392-ST<br><br>STIPULATED JUDGMENT OF DISMISSAL |

BASED ON the stipulation below, and it appearing to the Court that this action has been fully compromised and settled, and the Court being fully apprised herein, now, therefore,

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and hereby is dismissed with prejudice and without the award of costs or attorneys fees to any party.

DATED this 18th day of April, 2012.

/Honorable Janice M. Stewart
United States District Magistrate Judge

Page - 1 - STIPULATED JUDGMENT OF DISMISSAL

1     IT IS HEREBY STIPULATED between Plaintiff and Defendants, by and through their
2 respective counsel, that the above-entitled action, having been fully compromised and settled,
3 may be dismissed with prejudice and without the award of costs or attorneys fees to any party.

April 16, 2012
Date

April 17, 2012
Date

_____
Donald B. Potter, OSB #843259
Attorney for Plaintiff

_____
Christina Thacker, OSB # 014279
Of Attorneys for Defendants

Page - 2 - STIPULATED JUDGMENT OF DISMISSAL

SPAULDING & POTTER LLP
621 SW Morrison Street
Suite 140
Portland, OR 97205
(503) 223-2612